Argued and submitted May 30, convictions affirmed; remanded for resentencing July 3, 1996

## STATE OF OREGON,
*Respondent,*

*v.*

## RICHARD LEE RAY,
*Appellant.*

(94C21090; CA A89334)

918 P2d 868

James N. Varner, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

Convictions affirmed; remanded for resentencing. *State v. McFee*, 136 Or App 160, 901 P2d 870, *rev allowed* 322 Or 362 (1995).